# Court of Appeals
# of the State of Georgia

ATLANTA,   October 08, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0255.  RODNEY PETERSON v. THE STATE.**

Rodney Peterson pled guilty to multiple offenses, including aggravated assault. He later filed a "Motion to Correct a Void Sentence," which the trial court denied. Peterson filed both a notice of appeal and an application for discretionary appeal of the trial court's order. By order entered January 23, 2013, we dismissed Peterson's application based upon his failure to raise a valid void-sentence claim in Case Number A13D0183. See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009) (appeal lies from motion to correct void sentence only where defendant raises a valid void-sentence claim); *Burg v. v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). For the same reason, we are unable to entertain this direct appeal, which is hereby DISMISSED. See *Mosley v. State*, 301 Ga. App. 47, 49 (686 SE2d 833) (2009).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*